IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERESA GAIL PERRY,

        Plaintiff,                      No. 2:11-cv-03121 KJN

     v.

COMMISSIONER OF SSA,

        Defendant.               ORDER

_____/

        Plaintiff, who is proceeding with counsel, has not paid the fee ordinarily required to file an action in this court and also filed an incomplete application to proceed without the prepayment of fees and costs, also known as an application to proceed "in forma pauperis" (Dkt. No. 2). See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff failed to answer questions on the application regarding potential sources of income over the prior 12 months from the following sources: "Business, profession or form of self-employment"; "Rent Payments, interest or dividends"; "Pensions, annuities or life insurance payments"; and "Gifts or inheritances." (See Application at 2.) Without a completed application, the court is unable to properly evaluate whether plaintiff is entitled to proceed in forma pauperis. Accordingly, plaintiff's application to proceed in forma pauperis is denied without prejudice, and plaintiff may submit either: (1) a completed application to proceed in forma pauperis, or (2) the appropriate filing fee.

For the reasons stated above, IT IS HEREBY ORDERED that:

1. Plaintiff application to proceed in forma pauperis (Dkt. No. 2) is denied without prejudice.

2. Within 21 days of the date of this order, plaintiff shall submit either a completed application in support of his request to proceed in forma pauperis, or the appropriate filing fee. Plaintiff's failure to comply with this order will result in a recommendation that his application to proceed in forma pauperis be denied.

IT IS SO ORDERED.

DATED: December 14, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE