1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERESA GAIL PERRY**<br>xxx-xx-0811<br><br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No.   11-3121 KJN<br><br><br>**STIPULATION AND** ~~**PROPOSED**~~<br>**ORDER EXTENDING PLAINTIFF'S**<br>**TIME TO FILE SUMMARY**<br>**JUDGEMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the plaintiff's time to file her summary judgment is hereby extended from May 30, 2012, to July 10, 2012. This is plaintiff's first extension and is required due to the  need to spread-out the briefing of the five other briefs due within the same five day time period as plaintiff's brief.   The briefs have been rescheduled based on the  age of the case.

/ / / /

/ / / /

/ / / /

1

Dated: May 24, 2012                 /s/Bess M. Brewer
                                    BESS M. BREWER
                                    Attorney at Law

                                    Attorney for Plaintiff


Dated: May 24, 2012                 Benjamin B. Wagner
                                    United States Attorney

                                    Donna L. Calvert
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    /s/ David Lerch
                                    DAVID LERCH
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

## ORDER

The parties' stipulation (Dkt. No. 16) is HEREBY APPROVED. The court's scheduling order is modified accordingly. No further requests for extension of time by plaintiff will be considered absent plaintiff's showing of extraordinary circumstances.

IT IS SO ORDERED.

DATED: May 29, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE