1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 509-7051
4 |
5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERESA GAIL PERRY** <br> **xxx-xx-0811** <br> <br> Plaintiff, <br> <br> v. <br> <br> **MICHAEL J. ASTRUE** <br> **Commissioner of Social Security** <br> **of the United States of America,** <br> <br> Defendant. | Case No.   11-3121 KJN <br> <br> **STIPULATION AND** ~~**PROPOSED**~~ **ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the plaintiff's time to file her summary judgment is hereby extended from May 30, 2012, to July 10, 2012. This is plaintiff's first extension and is required due to the need to spread-out the briefing of the five other briefs due within the same five day time period as plaintiff's brief.   The briefs have been rescheduled based on the  age of the case.

/ / / /

/ / / /

/ / / /

1

Dated: May 24, 2012

/s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: May 24, 2012

Benjamin B. Wagner

United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ David Lerch
DAVID LERCH

Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

The parties' stipulation (Dkt. No. 16) is HEREBY APPROVED.  The court's scheduling order is modified accordingly.  No further requests for extension of time by plaintiff will be considered absent plaintiff's showing of extraordinary circumstances.

IT IS SO ORDERED.

DATED: May 29, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2