BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
ANN L. MALEY, CA SBN 176877
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone:  (415) 977-8974
      Facsimile:  (415) 744-0134
      E-Mail: Ann.Maley@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERESA GAIL PERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN[1],<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:11-CV-03121-KJN<br><br>**STIPULATION AND ORDER SETTLING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND FIVE-HUNDRED DOLLARS AND ZERO CENTS ($4,500.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the Defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

STIPULATION AND ORDER FOR EAJA FEES

1   After the Court issues an order for EAJA fees and expenses to Plaintiff, the government
2   will consider Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant
3   to *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the ability to honor the assignment will depend on
4   whether the fees and expenses are subject to any offset allowed under the United States
5   Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is
6   entered, the government will determine whether they are subject to any offset.

7   Fees and expenses shall be made payable to Plaintiff, but if the Department of the
8   Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause
9   the payment of fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the
10  assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

11  This stipulation constitutes a compromise settlement of Plaintiff's motion for EAJA
12  attorney fees, and does not constitute an admission of liability on the part of Defendant under the
13  EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any
14  and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA fees in
15  connection with this action.

16  This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
17  Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

18
19  DATE:  April 10, 2013
                            By: */s/ Bess M. Brewer*
20                              Bess M. Brewer
                                Attorneys for Plaintiff
21                              *(As authorized by email)*
22
23  DATE:  April 11, 2013        BENJAMIN B. WAGNER
                                United States Attorney
24
                            By:        */s/   Ann L. Maley*
25                              ANN L. MALEY
                                Special Assistant United States Attorney
26                              Attorneys for Defendant
27
28

STIPULATION AND ORDER FOR EAJA FEES

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of FOUR THOUSAND, FIVE-HUNDRED DOLLARS AND ZERO CENTS ($4,500.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

This order disposes of Docket Number 23.

**Date:** <u>4/11/2013</u>

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE